

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HOSPITAL HOUSEKEEPING SYSTEMS, LTD., | § | No. 08-13-00124-CV |
|  | § | Appeal from |
| Appellant, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| MARIA ESTELLA LOPEZ, | § | (TC # 2012DCV05169) |
| Appellee. | § |  |

## **MEMORANDUM OPINION**

Hospital Housekeeping Systems, Ltd., Appellant, has filed an unopposed motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have settled all disputes between them. We therefore grant the motion and dismiss the appeal. Costs are taxed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).

July 31, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.